



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA



IN THE MATTER OF

Joel Herbert Levinson - #142586

_____/

**ORDER TO SHOW CAUSE**

It appearing that Joel Herbert Levinson has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Joel Herbert Levinson
Law Firm of Joel Levinson
2235 Butte Place
Davis, CA 95616

United States District Court
For the Northern District of California