```
                                              FILED
                                              NOV 1 6 2009
                                              RICHARD W. WIEKING
                                              CLERK, U.S. DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                No CV-09-80209-MISC VRW

Joel Herbert Levinson,                         ORDER

    State Bar No 142586

_____/

        On September 1, 2009, the court issued an order to show cause (OSC) why Joel Herbert Levinson should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment as a member of the State Bar of California pursuant to Rule 9.31, effective July 1, 2009.

        The OSC was mailed to Mr. Levinson's address of record with the State Bar on September 2, 2009.  A written response was due on or before October 1, 2009.  No response to the OSC has been filed as of this date.

        The court now orders Joel Herbert Levinson removed from the roll of attorneys authorized to practice before this court.  The clerk is directed to close the file.

        IT IS SO ORDERED.

                                  VAUGHN R WALKER
                                  United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Joel Herbert Levinson ,

Case Number: CV-09-80209   VRW

**CERTIFICATE OF SERVICE**

/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 16, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joel Herbert Levinson
Law Firm of Joel Levin
2235 Butte Place
Davis, CA 95616

Dated: November 16, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*